# United States Court of Appeals
## For the First Circuit

Nos. 23-1204, 23-1205

UNITED STATES,

Appellee,

v.

KALEL JORELL MARTINEZ-BRISTOL,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 1, 2025, is amended as follows:

On page 3, footnote 2, line 4, add the following sentence: "The government has not asserted any challenge to this reduction and we note the reduction simply as a factual matter without engaging in any legal analysis of it."